Page: 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case Number: | 16-18404 RBR | Trustee: | Chad S. Paiva |
|---|---|---|---|
| Case Name: | Asucar International Corp | Filed (f) or Converted (c): | 06/13/16 (f) |
| | | §341(a) Meeting Date: | 07/13/16 |
| Period Ending: | 06/30/17 | Claims Bar Date: | 10/11/16 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Wells Fargo Bank Checking 5856 | 11,199.71 | 11,199.71 | | 11,199.71 | FA |
| 2 | Security deposit with Landord, GAVI Westpoint Distribution Center LLC<br>debtor breached lease - value zero | 11,501.75 | 0.00 | | 0.00 | FA |
| 3 | Inventory | 215,167.96 | 40,000.00 | | 40,000.00 | FA |
| 4 | Equipment / tools | 21,522.00 | 7,150.00 | | 7,150.00 | FA |
| 5 | 2015 Nissan Altima (LEASED) | 0.00 | 0.00 | | 0.00 | FA |
| 6 | RENT - 1671 NW 144TERRACE, # 108,Sunrise, FL | 348,970.00 | 18,102.18 | | 18,102.18 | FA |
| 7 | RENT - 1671 NW 144 TERRACE #109,SUNRISE, FL | 349,020.00 | 21,716.30 | | 21,716.30 | FA |
| 8 | 1671 NW 144TERRACE, # 108,Sunrise, FL | 0.00 | 15,000.00 | | 15,000.00 | FA |
| 9 | 1671 NW 144TERRACE, # 109, ,Sunrise, FL | 0.00 | 16,477.20 | | 16,477.20 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$957,381.42** | **$129,645.39** | | **$129,645.39** | **$0.00** |

**Major activities affecting case closing:**
CBD: 10-11-16 - reviewed

TAX RETURN STATUS: 2016 tax returns being prepared

CASE STATUS: Accounts hired to pursue possible account receivables

**Initial Projected Date of Final Report (TFR):** July 31, 2018    **Current Projected Date of Final Report (TFR):** July 31, 2018

Page: 1

# Form 2
## Cash Receipts and Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 16-18404 RBR | |
| **Case Name:** | Asucar International Corp | |
| **Taxpayer ID#:** | ******7742 | |
| **Period:** | 07/01/16 - 06/30/17 | |

| | | |
|---|---|---|
| **Trustee:** | Chad S. Paiva | |
| **Bank Name:** | Signature Bank | |
| **Account:** | ******1740 - Checking | |
| **Blanket Bond:** | $129,177.00 (per case limit) | |
| **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/23/16 | Asset #1 | Asucar International | | 1129-000 | 11,199.71 | | 11,199.71 |
| 06/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 2.33 | 11,197.38 |
| 07/29/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 15.53 | 11,181.85 |
| 08/30/16 | Asset #4 | Alfonso Moreno | Per Notice of Auction DE#53 | 1129-000 | 7,150.00 | | 18,331.85 |
| 08/30/16 | Asset #3 | Nava International Group, LLC | Per Notice of Auction DE#53 | 1129-000 | 30,000.00 | | 48,331.85 |
| 08/30/16 | Asset #3 | Nava International Group, LLC | Per Notice of Auction DE#53 | 1129-000 | 10,000.00 | | 58,331.85 |
| 08/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 25.58 | 58,306.27 |
| 09/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 107.53 | 58,198.74 |
| 10/25/16 | 1001 | National Auction Company | Per Order DE#70 | 3610-000 | | 4,119.17 | 54,079.57 |
| 10/25/16 | 1002 | Can Capital, Inc. | Per Order DE#70 | 8500-002 | | 1,000.00 | 53,079.57 |
| 10/25/16 | 1003 | Kabbage, Inc. | Per Order DE#70;  Stopped on 03/01/2017 | 8500-000 | | 1,000.00 | 52,079.57 |
| 10/25/16 | 1004 | TD BANK, N.A. | Per Order DE#70 | 8500-000 | | 12,909.94 | 39,169.63 |
| 10/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 110.91 | 39,058.72 |
| 11/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 87.63 | 38,971.09 |
| 12/01/16 | 1005 | Britenets Services, Inc. | Per Order DE#83 | 2420-000 | | 926.94 | 38,044.15 |
| 12/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 72.53 | 37,971.62 |
| 01/05/17 | Asset #8 | Greenspoon Marder, PA | Sale of Unit 108 - per Order DE#85 | 1110-000 | 15,000.00 | | 52,971.62 |
| 01/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 99.98 | 52,871.64 |
| 02/28/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 92.99 | 52,778.65 |
| 03/01/17 | 1003 | Kabbage, Inc. | Per Order DE#70;  Stopped: Check issued on 10/25/2016 | 8500-000 | | -1,000.00 | 53,778.65 |

Page: 2

# Form 2
## Cash Receipts and Disbursements Record

| | |
|---|---|
| **Case Number:** | 16-18404 RBR |
| **Case Name:** | Asucar International Corp |
| **Taxpayer ID#:** | ******7742 |
| **Period:** | 07/01/16 - 06/30/17 |

| | |
|---|---|
| **Trustee:** | Chad S. Paiva |
| **Bank Name:** | Signature Bank |
| **Account:** | ******1740 - Checking |
| **Blanket Bond:** | $129,177.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/01/17 | 1006 | KABBAGE INC | Per Order DE#70 (replacement check for #103 which was never cashed) | 8500-000 | | 1,000.00 | 52,778.65 |
| 03/02/17 | Asset #9 | Greenspoon Marder, PA | Per Order DE# | 1110-000 | 16,477.20 | | 69,255.85 |
| 03/20/17 | | From Account# 1502772038 | | 9999-000 | 12,989.23 | | 82,245.08 |
| 03/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 141.03 | 82,104.05 |
| 04/24/17 | 1007 | Yip Associates | Per Order DE#124 | 3420-000 | | 599.00 | 81,505.05 |
| 04/28/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 143.44 | 81,361.61 |
| 05/10/17 | 1008 | GREENSPOON MARDER, PA | Per Order DE#123 | 3110-000 | | 30,574.40 | 50,787.21 |
| 05/10/17 | 1009 | GREENSPOON MARDER, PA | Per Order DE#123 | 3120-000 | | 1,341.80 | 49,445.41 |
| 05/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 136.21 | 49,309.20 |
| 06/30/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 93.04 | 49,216.16 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 102,816.14 | 53,599.98 | $49,216.16 |
| Less: Bank Transfers | 12,989.23 | 0.00 | |
| **Subtotal** | 89,826.91 | 53,599.98 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$89,826.91** | **$53,599.98** | |

Page: 3

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 16-18404 RBR | Trustee: | Chad S. Paiva |
| --- | --- | --- | --- |
| Case Name: | Asucar International Corp | Bank Name: | Signature Bank |
|  |  | Account: | ******2038 - UNIT 108 RENT |
| Taxpayer ID#: | ******7742 | Blanket Bond: | $129,177.00 (per case limit) |
| Period: | 07/01/16 - 06/30/17 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/21/16 | Asset #6 | Unit 108 | July 2016 rent; Payment to A/R Account #1, Payment #1, due 10/01/2016 | | 1122-000 | 2,958.10 | | 2,958.10 |
| 07/29/16 | | Signature Bank | Bank and Technology Services Fee | | 2600-000 | | 1.72 | 2,956.38 |
| 08/09/16 | | Unit 108 | August rent less $119.70 deducted for cert of occupancy fee | | | 2,838.40 | | 5,794.78 |
| 08/09/16 | Asset #6 | | August rent less $119.70 deducted for cert of occupancy fee; Payment to A/R Account #1, Payment #1, due 10/01/2016 | 118.33 | 1122-000 | | | 5,794.78 |
| 08/09/16 | Asset #6 | | Payment to A/R Account #1, Payment #2, due 11/01/2016 | 2,720.07 | 1122-000 | | | 5,794.78 |
| 08/11/16 | 1001 | The Pointe at Sawgrass Owner's Assoc. | Condo Due $265.36 June; $612.42 July; $612.42 August | | 2410-000 | | 1,490.20 | 4,304.58 |
| 08/31/16 | | Signature Bank | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 4,294.58 |
| 09/01/16 | | | September 2016 rent | | | 3,076.42 | | 7,371.00 |
| 09/01/16 | Asset #6 | | September 2016 rent; Payment to A/R Account #1, Payment #2, due 11/01/2016 | 356.36 | 1122-000 | | | 7,371.00 |
| 09/01/16 | Asset #6 | | Payment to A/R Account #1, Payment #3, due 12/01/2016 | 2,720.06 | 1122-000 | | | 7,371.00 |
| 09/20/16 | 1002 | The Pointe at Sawgrass Owner's Assoc. | Condo Dues September 2016 | | 2410-000 | | 612.42 | 6,758.58 |
| 09/30/16 | | Signature Bank | Bank and Technology Services Fee | | 2600-000 | | 13.37 | 6,745.21 |
| 10/04/16 | | | October 2016 rent | | | 3,076.42 | | 9,821.63 |
| 10/04/16 | Asset #6 | | October 2016 rent; Payment to A/R Account #1, Payment #3, due 12/01/2016 | 356.37 | 1122-000 | | | 9,821.63 |
| 10/04/16 | Asset #6 | | Payment to A/R Account #1, Payment #4, due 01/01/2017 | 2,720.05 | 1122-000 | | | 9,821.63 |

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 16-18404 RBR | Trustee: | Chad S. Paiva |
|---|---|---|---|
| Case Name: | Asucar International Corp | Bank Name: | Signature Bank |
| | | Account: | ******2038 - UNIT 108 RENT |
| Taxpayer ID#: | ******7742 | Blanket Bond: | $129,177.00 (per case limit) |
| Period: | 07/01/16 - 06/30/17 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/12/16 | 1003 | The Pointe at Sawgrass Owner's Assoc. | Condo Dues October 2016 - Unit 108 Per Order DE#32 | 2410-000 | | 612.42 | 9,209.21 |
| 10/19/16 | 1004 | Florida Department of Revenue | 3RD Quarter 2016 Sales Tax | 2690-000 | | 515.71 | 8,693.50 |
| 10/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 17.48 | 8,676.02 |
| 11/01/16 | | | Rent November 2016 - Unit 108 | | 3,076.42 | | 11,752.44 |
| 11/01/16 | Asset #6 | | Rent November 2016 - Unit 108; Payment to A/R Account #1, Payment #4, due 01/01/2017    356.38 | 1122-000 | | | 11,752.44 |
| 11/01/16 | Asset #6 | | ; Payment to A/R Account #1, Payment #5, due 02/01/2017    2,720.04 | 1122-000 | | | 11,752.44 |
| 11/07/16 | 1005 | The Pointe at Sawgrass Owner's Assoc. | Condo Dues - November 2016 - Unit 108 Per Order DE#33 | 2410-000 | | 612.42 | 11,140.02 |
| 11/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 18.24 | 11,121.78 |
| 12/01/16 | | | Rent - Unit 108 - December 2016 | | 3,076.42 | | 14,198.20 |
| 12/01/16 | Asset #6 | | Rent - Unit 108 - December 2016; Payment to A/R Account #1, Payment #5, due 02/01/2017    356.39 | 1122-000 | | | 14,198.20 |
| 12/01/16 | Asset #6 | | Payment to A/R Account #1, Payment #6, due 03/01/2017    2,720.03 | 1122-000 | | | 14,198.20 |
| 12/01/16 | 1006 | The Pointe at Sawgrass Owner's Assoc. | CONDO DUES DECEMBER 2016 - UNIT 108 - Per Order DE#32 | 2420-000 | | 612.42 | 13,585.78 |
| 12/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 25.13 | 13,560.65 |
| 01/18/17 | 1007 | Florida Department of Revenue | 4th Quarter 2016 Sales Tax | 5800-000 | | 522.41 | 13,038.24 |
| 01/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 26.55 | 13,011.69 |
| 02/28/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 22.46 | 12,989.23 |

Page: 5

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 16-18404 RBR | Trustee: | Chad S. Paiva |
|---|---|---|---|
| Case Name: | Asucar International Corp | Bank Name: | Signature Bank |
| | | Account: | ******2038 - UNIT 108 RENT |
| Taxpayer ID#: | ******7742 | Blanket Bond: | $129,177.00 (per case limit) |
| Period: | 07/01/16 - 06/30/17 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/20/17 | | To Account# 1502771740 | | 9999-000 | | 12,989.23 | 0.00 |
| | | | **ACCOUNT TOTALS**<br>Less: Bank Transfers | | 18,102.18<br>0.00 | 18,102.18<br>12,989.23 | $0.00 |
| | | | **Subtotal**<br>Less: Payment to Debtors | | 18,102.18 | 5,112.95<br>0.00 | |
| | | | **NET Receipts / Disbursements** | | **$18,102.18** | **$5,112.95** | |

Page: 6

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 16-18404 RBR | Trustee: | Chad S. Paiva |
|---|---|---|---|
| Case Name: | Asucar International Corp | Bank Name: | Signature Bank |
| | | Account: | ******2046 - UNIT 109 RENT |
| Taxpayer ID#: | ******7742 | Blanket Bond: | $129,177.00 (per case limit) |
| Period: | 07/01/16 - 06/30/17 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/21/16 | Asset #7 | Unit 109 | July 2016 rent; Payment to A/R Account #2, Payment #1, due 10/01/2016 | 1122-000 | 2,729.50 | | 2,729.50 |
| 07/29/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 1.72 | 2,727.78 |
| 08/09/16 | | Unit 109 | August rent less $119.70 deducted for cert of occupancy fee | | 2,609.80 | | 5,337.58 |
| 08/09/16 | Asset #7 | | August rent less $119.70 deducted for cert of occupancy fee; Payment to A/R Account #2, Payment #1, due 10/01/2016    228.60 | 1122-000 | | | 5,337.58 |
| 08/09/16 | Asset #7 | |  Payment to A/R Account #2, Payment #2, due 11/01/2016    2,381.20 | 1122-000 | | | 5,337.58 |
| 08/11/16 | 1001 | The Pointe at Sawgrass Owner's Assoc. | Condo Due 265.36 June; 612.42 July; 612.42 August | 2410-000 | | 1,490.20 | 3,847.38 |
| 08/11/16 | 1002 | Executive Bank | Per Order DE#33 cash collateral payments for July and August 2016 | 2410-000 | | 1,988.50 | 1,858.88 |
| 08/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,848.88 |
| 09/15/16 | | | Rent September 2016 | | 2,729.50 | | 4,578.38 |
| 09/15/16 | Asset #7 | | Rent September 2016; Payment to A/R Account #2, Payment #2, due 11/01/2016    576.90 | 1122-000 | | | 4,578.38 |
| 09/15/16 | Asset #7 | |  Payment to A/R Account #2, Payment #3, due 12/01/2016    2,152.60 | 1122-000 | | | 4,578.38 |
| 09/20/16 | 1003 | The Pointe at Sawgrass Owner's Assoc. | Condo Dues September 2016 | 2410-000 | | 612.42 | 3,965.96 |
| 09/20/16 | 1004 | Executive Bank | Per Order DE#33 | 2410-000 | | 994.25 | 2,971.71 |
| 09/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,961.71 |
| 10/10/16 | | | Rent October 2016 | | 2,729.50 | | 5,691.21 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 16-18404 RBR | | Trustee: | Chad S. Paiva |
|---|---|---|---|---|
| Case Name: | Asucar International Corp | | Bank Name: | Signature Bank |
| | | | Account: | ******2046 - UNIT 109 RENT |
| Taxpayer ID#: | ******7742 | | Blanket Bond: | $129,177.00 (per case limit) |
| Period: | 07/01/16 - 06/30/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/10/16 | Asset #7 | | Rent October 2016; Payment to A/R Account #2, Payment #3, due 12/01/2016 | 805.50 | 1122-000 | | 5,691.21 |
| 10/10/16 | Asset #7 | | Payment to A/R Account #2, Payment #4, due 01/01/2017 | 1,924.00 | 1122-000 | | 5,691.21 |
| 10/12/16 | 1005 | Executive Bank | Per Order DE#33 - October cash collateral | 2410-000 | | 994.25 | 4,696.96 |
| 10/12/16 | 1006 | The Pointe at Sawgrass Owner's Assoc. | Condo Dues October 2016 - Unit 109 - | 2410-000 | | 612.42 | 4,084.54 |
| 10/19/16 | 1007 | Florida Department of Revenue | 3RD QUARTER 2016 Sales Tax | 2690-000 | | 463.50 | 3,621.04 |
| 10/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,611.04 |
| 11/01/16 | | | Rent November 2016 - Unit 109 | | 2,729.50 | | 6,340.54 |
| 11/01/16 | Asset #7 | | Rent November 2016 - Unit 109; Payment to A/R Account #2, Payment #4, due 01/01/2017 | 1,034.10 | 1122-000 | | 6,340.54 |
| 11/01/16 | Asset #7 | | Payment to A/R Account #2, Payment #5, due 02/01/2017 | 1,695.40 | 1122-000 | | 6,340.54 |
| 11/07/16 | 1008 | The Pointe at Sawgrass Owner's Assoc. | Condo Dues November 2016 - Unit 109 Per Order DE#33 | 2410-000 | | 612.42 | 5,728.12 |
| 11/07/16 | 1009 | Executive Bank | Per Order DE#33 - November cash collateral | 2410-000 | | 994.25 | 4,733.87 |
| 11/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 10.01 | 4,723.86 |
| 12/01/16 | | | Rent - Unit 109 - December 2016 | | 2,729.50 | | 7,453.36 |
| 12/01/16 | Asset #7 | | Rent - Unit 109 - December 2016; Payment to A/R Account #2, Payment #5, due 02/01/2017 | 1,262.70 | 1122-000 | | 7,453.36 |
| 12/01/16 | Asset #7 | | Payment to A/R Account #2, Payment #6, due 03/01/2017 | 1,466.80 | 1122-000 | | 7,453.36 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 16-18404 RBR | | Trustee: | Chad S. Paiva |
|---|---|---|---|---|
| Case Name: | Asucar International Corp | | Bank Name: | Signature Bank |
| | | | Account: | ******2046 - UNIT 109 RENT |
| Taxpayer ID#: | ******7742 | | Blanket Bond: | $129,177.00 (per case limit) |
| Period: | 07/01/16 - 06/30/17 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | 8<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/01/16 | 1010 | Executive Bank | Per Order DE#33 - December 2016 cash collateral | 4210-000 | | 994.25 | 6,459.11 |
| 12/01/16 | 1011 | The Pointe at Sawgrass Owner's Assoc. | Condo Dues December 2016 - Unit 109 | 2420-000 | | 612.42 | 5,846.69 |
| 12/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 11.55 | 5,835.14 |
| 01/05/17 | | | Rent - January 2017 - Unit 109 | | 2,729.50 | | 8,564.64 |
| 01/05/17 | Asset #7 | | Rent - January 2017 - Unit 109; Payment to A/R Account #2, Payment #6, due 03/01/2017   1,491.30 | 1122-000 | | | 8,564.64 |
| 01/05/17 | Asset #7 | | Payment to A/R Account #2, Payment #7, due 04/01/2017   1,238.20 | 1122-000 | | | 8,564.64 |
| 01/05/17 | 1012 | Executive Bank | January 2017 cash collateral; Per Order DE#91 | 2410-000 | | 994.25 | 7,570.39 |
| 01/05/17 | 1013 | The Pointe at Sawgrass Owner's Assoc. | Condo Dues January 2017 - Unit 109 - Per Order DE#91 | 2410-000 | | 612.42 | 6,957.97 |
| 01/18/17 | 1014 | Florida Department of Revenue | 4th Quarter 2016 Sales Tax | 5800-000 | | 463.50 | 6,494.47 |
| 01/30/17 | | | Rent - February 2017 - Unit 109 | | 2,729.50 | | 9,223.97 |
| 01/30/17 | Asset #7 | | Rent - February 2017 - Unit 109; Payment to A/R Account #2, Payment #7, due 04/01/2017   1,719.90 | 1122-000 | | | 9,223.97 |
| 01/30/17 | Asset #7 | | Payment to A/R Account #2, Payment #8, due 05/01/2017   1,009.60 | 1122-000 | | | 9,223.97 |
| 01/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 13.92 | 9,210.05 |
| 02/01/17 | 1015 | The Pointe at Sawgrass Owner's Assoc. | Condo Dues February 2017 - Unit 109 | 2410-000 | | 612.42 | 8,597.63 |
| 02/01/17 | 1016 | Executive Bank | February 2017 cash collateral; Per Order DE#91 | 2410-000 | | 994.25 | 7,603.38 |
| 02/28/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 13.98 | 7,589.40 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 16-18404 RBR | Trustee: | Chad S. Paiva |
|---|---|---|---|
| Case Name: | Asucar International Corp | Bank Name: | Signature Bank |
|  |  | Account: | ******2046 - UNIT 109 RENT |
| Taxpayer ID#: | ******7742 | Blanket Bond: | $129,177.00 (per case limit) |
| Period: | 07/01/16 - 06/30/17 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/20/17 | 1017 | Florida Department of Revenue | 2nd Qtr 2017 - Rent Unit 109 | 2690-000 |  | 309.00 | 7,280.40 |
| 03/31/17 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 14.48 | 7,265.92 |
| 04/28/17 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 12.54 | 7,253.38 |
| 05/31/17 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 14.75 | 7,238.63 |
| 06/30/17 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 13.39 | 7,225.24 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** |  | 21,716.30 | 14,491.06 | $7,225.24 |
| Less: Bank Transfers |  | 0.00 | 0.00 |  |
| **Subtotal** |  | 21,716.30 | 14,491.06 |  |
| Less: Payment to Debtors |  |  | 0.00 |  |
| **NET Receipts / Disbursements** |  | **$21,716.30** | **$14,491.06** |  |

| Net Receipts: | $129,645.39 |
|---|---|
| Less Other Noncompensable Items: | 1,000.00 |
| Net Estate: | $128,645.39 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1740** | 89,826.91 | 53,599.98 | 49,216.16 |
| **Checking # ******2038** | 18,102.18 | 5,112.95 | 0.00 |
| **Checking # ******2046** | 21,716.30 | 14,491.06 | 7,225.24 |
|  | $129,645.39 | $73,203.99 | $56,441.40 |