# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FT. LAUDERDALE DIVSION

In re:     Asucar International Corp                    §    Case No. 0:16-bk-18404
                                                        §
                                                        §
Debtor(s)                                               §

---

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

　　　　Chad S. Paiva, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

<div style="border:2px solid">

Assets Abandoned:  $11,501.75                    Assets Exempt:     N/A
*(without deducting any secured claims)*

Total Distribution to Claimants:    $594,740.74          Claims Discharged
                                                         Without Payment:  N/A

Total Expenses of Administration:  $126,073.22

</div>

　　　　3)  Total gross receipts of $720,813.96 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $720,813.96 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 719,865.00 | 857,456.15 | 551,770.91 | 551,770.91 |
| PRIORITY CLAIMS | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 126,073.22 | 126,073.22 | 126,073.22 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 5,104.67 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,137,289.35 | 1,000,062.27 | 994,302.71 | 42,969.83 |
| **TOTAL DISBURSEMENTS** | **$1,857,154.35** | **$1,988,696.31** | **$1,672,146.84** | **$720,813.96** |

4) This case was originally filed under Chapter 7 on 06/13/2016. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/14/2019                          By: /s/ Chad S. Paiva

                                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1  - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1671 NW 144TERRACE, # 108,Sunrise, FL | 1110-000 | 305,000.00 |
| 1671 NW 144TERRACE, # 109, ,Sunrise, FL | 1110-000 | 275,000.00 |
| RENT - 1671 NW 144 TERRACE #109,SUNRISE, FL | 1122-000 | 21,716.30 |
| RENT - 1671 NW 144TERRACE, # 108,Sunrise, FL | 1122-000 | 18,102.18 |
| Equipment / tools | 1129-000 | 7,150.00 |
| Inventory | 1129-000 | 40,000.00 |
| Wells Fargo Bank Checking 5856 | 1129-000 | 11,199.71 |
| PREFERENCE - ANNYURY LOPEZ | 1241-000 | 5,000.00 |
| PREFERENCE - CHASE BANK | 1241-000 | 13,750.00 |
| PREFERENCE - FAY SERVICING, LLC | 1241-000 | 15,000.00 |
| PREFERENCE - OCWEN LOAN | 1241-000 | 2,357.07 |
| PREFERENCE HELM BANK | 1241-000 | 6,500.00 |
| Property Tax Credit | 1290-000 | 38.70 |
| TOTAL GROSS RECEIPTS | | $720,813.96 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Broward County Records, Taxes & Treasury | 4110-000 | N/A | 907.01 | 907.01 | 907.01 |
| 2 | Broward County Records, Taxes & Treasury | 4110-000 | N/A | 6,829.20 | 0.00 | 0.00 |
| 3 | Broward County Records, Taxes & Treasury | 4110-000 | N/A | 6,830.30 | 0.00 | 0.00 |
| 5 | CenterState Bank of Florida, N.A. | 4110-000 | 188,319.00 | 198,377.54 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| 17 | Can Capital Asset Servicing, Inc | 4110-000 | N/A | 93,648.20 | 0.00 | 0.00 |
| NOTFILED | Broward County Tax Collector | 4110-000 | 7,052.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Broward County Tax Collector | 4110-000 | 7,052.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Florida First Capital Finance Corp. | 4110-000 | 132,665.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Florida First Capital Finance Corp. | 4110-000 | 125,138.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Executive National Bank | 4110-000 | 179,649.00 | 0.00 | 0.00 | 0.00 |
| | | 4110-000 | N/A | 5,711.15 | 5,711.15 | 5,711.15 |
| | Centerstate Bank of Florida | 4110-000 | N/A | 209,697.03 | 209,697.03 | 209,697.03 |
| | Executive Bank | 4110-000 | N/A | 7,954.00 | 7,954.00 | 7,954.00 |
| | Executive National Bank | 4110-000 | N/A | 197,738.70 | 197,738.70 | 197,738.70 |
| | TD BANK, N.A. | 4110-000 | N/A | 12,909.94 | 12,909.94 | 12,909.94 |
| | US Small Business Administration | 4110-000 | N/A | 78,941.84 | 78,941.84 | 78,941.84 |
| | The Pointe at Sawgras Owner's Assn. | 4120-000 | N/A | 2,945.49 | 2,945.49 | 2,945.49 |
| | The Pointe at Sawgrass Owner's Assoc. | 4120-000 | N/A | 2,945.49 | 2,945.49 | 2,945.49 |
| NOTFILED | TD Bank. | 4210-000 | 79,990.00 | 0.00 | 0.00 | 0.00 |
| | Can Capital, Inc. | 4210-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| | KABBAGE INC | 4210-000 | N/A | 0.00 | 0.00 | 0.00 |
| | Kabbage, Inc. | 4210-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| | Broward Co. Tax Collector | 4700-000 | N/A | 14,935.19 | 14,935.19 | 14,935.19 |
| | Broward County Tax Collector | 4700-000 | N/A | 7,780.42 | 7,780.42 | 7,780.42 |
| | Broward County Tax Commissioner | 4700-000 | N/A | 7,304.65 | 7,304.65 | 7,304.65 |
| **TOTAL SECURED CLAIMS** | | | **$719,865.00** | **$857,456.15** | **$551,770.91** | **$551,770.91** |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chad S. Paiva | 2100-000 | N/A | 11,865.56 | 11,865.56 | 11,865.56 |
| Chad S. Paiva | 2200-000 | N/A | 336.24 | 336.24 | 336.24 |
| Yip Associates | 3410-000 | N/A | 17,500.00 | 17,500.00 | 17,500.00 |
| Yip Associates | 3420-000 | N/A | 720.19 | 720.19 | 720.19 |
| Yip Associates | 3420-000 | N/A | 599.00 | 599.00 | 599.00 |
| National Auction Company | 3610-000 | N/A | 4,119.17 | 4,119.17 | 4,119.17 |
| Britenets Services, Inc. | 2420-000 | N/A | 926.94 | 926.94 | 926.94 |
| Board of Broward Co. Commissioners | 2500-000 | N/A | 74.00 | 74.00 | 74.00 |
| Board of County Commissioners | 2500-000 | N/A | 74.00 | 74.00 | 74.00 |
| GREENSPOON MARDER PA | 2500-000 | N/A | 3,625.00 | 3,625.00 | 3,625.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Old Republic National Title Insurance Co. | 2500-000 | N/A | 100.00 | 100.00 | 100.00 |
| Property Debt Research, Inc. | 2500-000 | N/A | 448.00 | 448.00 | 448.00 |
| State of Florida | 2500-000 | N/A | 4,060.00 | 4,060.00 | 4,060.00 |
| Signature Bank | 2600-000 | N/A | 2,686.76 | 2,686.76 | 2,686.76 |
| The Pointe at Sawgrass Owner's Assoc. | 2990-000 | N/A | 9,104.60 | 9,104.60 | 9,104.60 |
| GREENSPOON MARDER PA | 3110-000 | N/A | 3,500.00 | 3,500.00 | 3,500.00 |
| GREENSPOON MARDER, PA | 3110-000 | N/A | 30,574.40 | 30,574.40 | 30,574.40 |
| Greenspoon Marder, LLC | 3110-000 | N/A | 22,643.60 | 22,643.60 | 22,643.60 |
| Greenspoon Marder, LLC | 3120-000 | N/A | 819.30 | 819.30 | 819.30 |
| GREENSPOON MARDER, PA | 3120-000 | N/A | 1,341.80 | 1,341.80 | 1,341.80 |
| Broward Co. Tax Collector | 2820-000 | N/A | 1,080.54 | 1,080.54 | 1,080.54 |
| Florida Department of Revenue | 2820-000 | N/A | 2,274.12 | 2,274.12 | 2,274.12 |
| Trustee Realty Inc. | 3510-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| Trustee Realty, Inc. | 3510-000 | N/A | 6,100.00 | 6,100.00 | 6,100.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$126,073.22** | **$126,073.22** | **$126,073.22** |

## EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | Internal Revenue Service | 5800-000 | N/A | 5,104.67 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **N/A** | **$5,104.67** | **$0.00** | **$0.00** |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | SHOU IE L.L.C | 7100-000 | N/A | 4,426.80 | 4,426.80 | 234.94 |
| 6 | Total Real Estate Consultants Inc | 7100-000 | N/A | 3,247.78 | 3,247.78 | 172.37 |
| 7 | Foreign Parts Distributors, inc. | 7100-000 | 394,787.17 | 394,787.17 | 394,787.17 | 20,952.07 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Autopart International, Inc. | 7100-000 | 7,080.68 | 7,248.69 | 7,248.69 | 384.70 |
| 9 | De Lage Lander Financial Services | 7100-000 | 477.00 | 4,200.60 | 4,200.60 | 222.93 |
| 10 | FedEx Corporate Services, Inc. | 7100-000 | 38,865.06 | 34,092.16 | 34,092.16 | 1,809.33 |
| 11 | GPI Solutions LLC | 7100-000 | 2,683.33 | 5,759.56 | 0.00 | 0.00 |
| 13 | SIPAC LLC | 7100-000 | 2,500.00 | 2,500.00 | 2,500.00 | 132.68 |
| 14 | PREHC Gavi Westpoint Industrial II, LLC | 7100-000 | N/A | 172,823.60 | 172,823.60 | 9,172.06 |
| 15 | TD Bank, N.A. | 7200-000 | N/A | 68,761.96 | 68,761.96 | 0.00 |
| 16 | Euler Hermes North America Insurance Co | 7200-000 | N/A | 22,238.01 | 22,238.01 | 0.00 |
| 17 | Can Capital Asset Servicing, Inc | 7100-000 | 99,474.82 | 0.00 | 0.00 | 0.00 |
| 18 | Can Capital Asset Servicing, Inc. | 7200-000 | N/A | 93,648.20 | 93,648.20 | 0.00 |
| 19 | U.S. SMALL BUSINESS ADMINISTRATION | 7100-000 | N/A | 186,327.74 | 186,327.74 | 9,888.75 |
| NOTFILED | 1st National Bank of South Florida | 7100-000 | 3,459.20 | 0.00 | 0.00 | 0.00 |
| NOTFILED | A&M Tape & Packaging | 7100-000 | 313.75 | 0.00 | 0.00 | 0.00 |
| NOTFILED | A.B. Fire Equipment | 7100-000 | 174.90 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Accelerated Bus Solutions | 7100-000 | 601.34 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Aviation Expess | 7100-000 | 840.90 | 0.00 | 0.00 | 0.00 |
| NOTFILED | BANK OF AMERICA | 7100-000 | 6,232.05 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Broward County Tax Collector | 7100-000 | 462.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Chase | 7100-000 | 27,289.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Chase | 7100-000 | 14,248.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Chase Bank. | 7100-000 | 1,335.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | The City of Tamarac | 7100-000 | 1,902.33 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Colson Enterprises | 7100-000 | 840.90 | 0.00 | 0.00 | 0.00 |
| NOTFILED | DLL financial Solution | 7100-000 | 476.18 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Ebay | 7100-000 | 29,597.20 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Ebay | 7100-000 | 5,895.28 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Ebay | 7100-000 | 1,197.55 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Ebay | 7100-000 | 100.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Florida First Capital Finance Corp. | 7100-000 | 2,718.03 | 0.00 | 0.00 | 0.00 |
| NOTFILED | FPL. | 7100-000 | 1,233.74 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Kabagge | 7100-000 | 103,177.32 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Les Pieces D'Auto Transbec Inc | 7100-000 | 103,335.04 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mas Industries | 7100-000 | 22,426.78 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Midgard | 7100-000 | 4,899.36 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Miller Automotive Parts | 7100-000 | 17,502.31 | 0.00 | 0.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Monitronics Security | 7100-000 | 274.62 | 0.00 | 0.00 | 0.00 |
| NOTFILED | National Auto Parts Warehouse | 7100-000 | 1,515.06 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Paypal All Suspension Parts | 7100-000 | 546.01 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Paypal Asucar | 7100-000 | 1,983.33 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Paypal Credit Loan | 7100-000 | 15,038.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Paypal Credit Loan | 7100-000 | 46,368.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Paypal World Suspension | 7100-000 | 5,224.91 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Principal RE Portfolio Inv Inc | 7100-000 | 49,862.91 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Shoe IE Industrial Group | 7100-000 | 4,426.80 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Silvas Financial Services, LLC | 7100-000 | 710.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Simm Associates, Inc. | 7100-000 | 53.60 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Solid Commerce | 7100-000 | 7,300.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Southdade Forlift | 7100-000 | 2,136.57 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Stamps.Com | 7100-000 | 77.92 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Suburban Propane | 7100-000 | 90.19 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Suburban Propane | 7100-000 | 90.19 | 0.00 | 0.00 | 0.00 |
| NOTFILED | TD Bank. | 7100-000 | 596.57 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Telecargas | 7100-000 | 5,210.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | The Point at Sawgrass Owner's Association | 7100-000 | 6,124.20 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Trec Pelayo | 7100-000 | 5,155.36 | 0.00 | 0.00 | 0.00 |
| NOTFILED | UPS | 7100-000 | 23,246.72 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Westpoint Distribution Center | 7100-000 | 61,053.69 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Winstream | 7100-000 | 3,170.66 | 0.00 | 0.00 | 0.00 |
| NOTFILED | WM Waste Management | 7100-000 | 907.82 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$1,137,289.35** | **$1,000,062.27** | **$994,302.71** | **$42,969.83** |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Page: 1

| Case Number: | 16-18404 RBR | Trustee: | Chad S. Paiva |
| Case Name: | Asucar International Corp | Filed (f) or Converted (c): | 06/13/16 (f) |
| | | §341(a) Meeting Date: | 07/13/16 |
| Period Ending: | 03/14/19 | Claims Bar Date: | 10/11/16 |

| Ref # | 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Bank Checking 5856<br>Money in Debtor's Operating Account when filed and turned over to estate | 11,199.71 | 11,199.71 | | 11,199.71 | FA |
| 2 | Security deposit with Landord, GAVI Westpoint Distribution Center LLC<br>debtor breached lease - value zero | 11,501.75 | 0.00 | | 0.00 | FA |
| 3 | Inventory<br>Per DE # 54 | 215,167.96 | 40,000.00 | | 40,000.00 | FA |
| 4 | Equipment / tools<br>Per DE #54 | 21,522.00 | 7,150.00 | | 7,150.00 | FA |
| 5 | 2015 Nissan Altima (LEASED) | 0.00 | 0.00 | | 0.00 | FA |
| 6 | RENT - 1671 NW 144TERRACE, # 108,Sunrise, FL | 348,970.00 | 18,102.18 | | 18,102.18 | FA |
| 7 | RENT - 1671 NW 144 TERRACE #109,SUNRISE, FL | 349,020.00 | 21,716.30 | | 21,716.30 | FA |
| 8 | 1671 NW 144TERRACE, # 108,Sunrise, FL | 0.00 | 15,000.00 | | 305,000.00 | FA |
| 9 | 1671 NW 144TERRACE, # 109, ,Sunrise, FL | 0.00 | 16,477.20 | | 275,000.00 | FA |
| 10 | PREFERENCE - OCWEN LOAN (u) | 0.00 | 2,357.07 | | 2,357.07 | FA |
| 11 | PREFERENCE - CHASE BANK | 0.00 | 13,750.00 | | 13,750.00 | FA |
| 12 | PREFERENCE - FAY SERVICING, LLC | 0.00 | 15,000.00 | | 15,000.00 | FA |
| 13 | PREFERENCE - ANNYURY LOPEZ (u)<br>(see footnote) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 14 | PREFERENCE HELM BANK (u)<br>Per Order DE#145 | 0.00 | 6,500.00 | | 6,500.00 | FA |
| 15 | Property Tax Credit (u) | 0.00 | 38.70 | | 38.70 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$957,381.42** | **$172,291.16** | | **$720,813.96** | **$0.00** |

Regarding Property #13   Per Order DE#

**Major activities affecting case closing:**
CBD:  10-11-16 - reviewed

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Page:  2

TAX RETURN STATUS: All required tax returns have been filed

**Initial Projected Date of Final Report (TFR):**  July 31, 2018

**Current Projected Date of Final Report (TFR):**  June 18, 2018 (Actual)

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 1

| Case Number: | 16-18404 RBR | Trustee: | Chad S. Paiva |
| Case Name: | Asucar International Corp | Bank Name: | Signature Bank |
| | | Account: | ******1740 - Checking |
| Taxpayer ID#: | **-***7742 | Blanket Bond: | $56,290,000.00 (per case limit) |
| Period Ending: | 03/14/19 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/23/16 | Asset #1 | Asucar International | money in bank account | 1129-000 | 11,199.71 | | 11,199.71 |
| 06/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 2.33 | 11,197.38 |
| 07/29/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 15.53 | 11,181.85 |
| 08/30/16 | Asset #4 | Alfonso Moreno | Per Notice of Auction DE#53 | 1129-000 | 7,150.00 | | 18,331.85 |
| 08/30/16 | Asset #3 | Nava International Group, LLC | Per Notice of Auction DE#53 | 1129-000 | 30,000.00 | | 48,331.85 |
| 08/30/16 | Asset #3 | Nava International Group, LLC | Per Notice of Auction DE#53 | 1129-000 | 10,000.00 | | 58,331.85 |
| 08/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 25.58 | 58,306.27 |
| 09/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 107.53 | 58,198.74 |
| 10/25/16 | 1001 | National Auction Company | Per Order DE#70 | 3610-000 | | 4,119.17 | 54,079.57 |
| 10/25/16 | 1002 | Can Capital, Inc. | Per Order DE#70 | 4210-000 | | 1,000.00 | 53,079.57 |
| 10/25/16 | 1003 | Kabbage, Inc. | Per Order DE#70;        Stopped on 03/01/2017 | 4210-000 | | 1,000.00 | 52,079.57 |
| 10/25/16 | 1004 | TD BANK, N.A. | Per Order DE#70 | 4110-000 | | 12,909.94 | 39,169.63 |
| 10/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 110.91 | 39,058.72 |
| 11/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 87.63 | 38,971.09 |
| 12/01/16 | 1005 | Britenets Services, Inc. | Per Order DE#83 | 2420-000 | | 926.94 | 38,044.15 |
| 12/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 72.53 | 37,971.62 |
| 01/05/17 | | Greenspoon Marder, PA | Sale of Unit 108 - per Order DE#85 | | 15,000.00 | | 52,971.62 |
| 01/05/17 | Asset #8 | Pausan Investment Corp | Sale of Unit 108 - per Order        305,000.00<br>DE#85 | 1110-000 | | | 52,971.62 |
| 01/05/17 | Asset #15 | Pausan Investment Corp. | Adjustment for County taxes        38.70<br>paid by seller - 12/30/16 -<br>12/31/16 | 1290-000 | | | 52,971.62 |
| 01/05/17 | | Property Debt Research, Inc. | Municipal Lien Search        -224.00 | 2500-000 | | | 52,971.62 |
| 01/05/17 | | State of Florida | State Tax Stamps        -2,135.00 | 2500-000 | | | 52,971.62 |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 2

| Case Number: | 16-18404 RBR | Trustee: | Chad S. Paiva |
|---|---|---|---|
| Case Name: | Asucar International Corp | Bank Name: | Signature Bank |
| | | Account: | ******1740 - Checking |
| Taxpayer ID#: | **-***7742 | Blanket Bond: | $56,290,000.00 (per case limit) |
| Period Ending: | 03/14/19 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 01/05/17 | | GREENSPOON MARDER PA | Recording/Closing Costs | -3,500.00 | 2500-000 | | | 52,971.62 |
| 01/05/17 | | Broward Co. Tax Collector | 2016 Real Estate Taxes | -7,156.02 | 4700-000 | | | 52,971.62 |
| 01/05/17 | | Broward Co. Tax Collector | 2015 Real Estate Taxes | -7,779.17 | 4700-000 | | | 52,971.62 |
| 01/05/17 | | Centerstate Bank of Florida | Payoff first mortgage | -209,697.03 | 4110-000 | | | 52,971.62 |
| 01/05/17 | | | Security Interest Last Month's rent | -5,527.65 | 4110-000 | | | 52,971.62 |
| 01/05/17 | | | Rent Proration | -183.50 | 4110-000 | | | 52,971.62 |
| 01/05/17 | | Board of Broward Co. Commissioners | Record certified copy of Order approving sale | -74.00 | 2500-000 | | | 52,971.62 |
| 01/05/17 | | US Small Business Administration | Payoff Second Mortgage | -44,716.84 | 4110-000 | | | 52,971.62 |
| 01/05/17 | | The Pointe at Sawgrass Owner's Assoc. | Unpaid Assessments | -2,945.49 | 4120-000 | | | 52,971.62 |
| 01/05/17 | | Trustee Realty, Inc. | Realtor Commission | -6,100.00 | 3510-000 | | | 52,971.62 |
| 01/31/17 | | Signature Bank | Bank and Technology Services Fee | | 2600-000 | | 99.98 | 52,871.64 |
| 02/28/17 | | Signature Bank | Bank and Technology Services Fee | | 2600-000 | | 92.99 | 52,778.65 |
| 03/01/17 | 1003 | Kabbage, Inc. | Per Order DE#70;        Stopped: Check issued on 10/25/2016 | | 4210-000 | | -1,000.00 | 53,778.65 |
| 03/01/17 | 1006 | KABBAGE INC | Per Order DE#70 (replacement check for #103 which was never cashed);        Stopped on 08/23/2017 | | 4210-000 | | 1,000.00 | 52,778.65 |
| 03/02/17 | | Greenspoon Marder, PA | Per Order DE# | | | 16,477.20 | | 69,255.85 |
| 03/02/17 | Asset #9 | | Gross sale price Per Order DE#106 | 275,000.00 | 1110-000 | | | 69,255.85 |
| 03/02/17 | | Board of County Commissioners | Record certified copy of Order Approving Sale | -74.00 | 2500-000 | | | 69,255.85 |
| 03/02/17 | | Broward Co. Tax Collector | County Taxes 1/1/2017 - 2/28/2017 | -1,080.54 | 2820-000 | | | 69,255.85 |

**Form 2**

Exhibit 9

**Cash Receipts and Disbursements Record**

Page: 3

| Case Number: | 16-18404 RBR | Trustee: | Chad S. Paiva |
|---|---|---|---|
| Case Name: | Asucar International Corp | Bank Name: | Signature Bank |
| | | Account: | ******1740 - Checking |
| Taxpayer ID#: | **-***7742 | Blanket Bond: | $56,290,000.00 (per case limit) |
| Period Ending: | 03/14/19 | Separate Bond: | N/A |

| 1<br><br>Trans.<br>Date | 2<br><br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/02/17 | | GREENSPOON MARDER PA | Title Insurance                    -125.00 | 2500-000 | | | 69,255.85 |
| 03/02/17 | | GREENSPOON MARDER PA | Atty Fees/Closing Costs       -3,500.00 | 3110-000 | | | 69,255.85 |
| 03/02/17 | | Executive National Bank | Payoff first mortgage      -197,738.70 | 4110-000 | | | 69,255.85 |
| 03/02/17 | | Broward County Tax Collector | 2015 Real Estate Taxes       -7,780.42 | 4700-000 | | | 69,255.85 |
| 03/02/17 | | Broward County Tax Commissioner | 2016 Real Estate Taxes       -7,304.65 | 4700-000 | | | 69,255.85 |
| 03/02/17 | | Old Republic National Title Insurance Co. | Title search                       -100.00 | 2500-000 | | | 69,255.85 |
| 03/02/17 | | State of Florida | State tax/stamps               -1,925.00 | 2500-000 | | | 69,255.85 |
| 03/02/17 | | The Pointe at Sawgras Owner's Assn. | Unpaid Assessemnhts         -2,945.49 | 4120-000 | | | 69,255.85 |
| 03/02/17 | | Property Debt Research, Inc. | Municipal Lien Search           -224.00 | 2500-000 | | | 69,255.85 |
| 03/02/17 | | Trustee Realty Inc. | Realtor Commission            -1,500.00 | 3510-000 | | | 69,255.85 |
| 03/02/17 | | US Small Business Administration | Payoff second mortgage      -34,225.00 | 4110-000 | | | 69,255.85 |
| 03/20/17 | | From Account# 1502772038 | | 9999-000 | 12,989.23 | | 82,245.08 |
| 03/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 141.03 | 82,104.05 |
| 04/24/17 | 1007 | Yip Associates | Per Order DE#124 | 3420-000 | | 599.00 | 81,505.05 |
| 04/28/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 143.44 | 81,361.61 |
| 05/10/17 | 1008 | GREENSPOON MARDER, PA | Per Order DE#123 | 3110-000 | | 30,574.40 | 50,787.21 |
| 05/10/17 | 1009 | GREENSPOON MARDER, PA | Per Order DE#123 | 3120-000 | | 1,341.80 | 49,445.41 |
| 05/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 136.21 | 49,309.20 |
| 06/30/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 93.04 | 49,216.16 |
| 07/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 89.77 | 49,126.39 |
| 08/16/17 | | From Account# 1502772046 | | 9999-000 | 7,212.32 | | 56,338.71 |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 4

| Case Number: | 16-18404 RBR | Trustee: | Chad S. Paiva |
|---|---|---|---|
| Case Name: | Asucar International Corp | Bank Name: | Signature Bank |
| | | Account: | ******1740 - Checking |
| Taxpayer ID#: | **-***7742 | Blanket Bond: | $56,290,000.00 (per case limit) |
| Period Ending: | 03/14/19 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/23/17 | 1006 | KABBAGE INC | Per Order DE#70 (replacement check for #103 which was never cashed);        Stopped: Check issued on 03/01/2017 | 4210-000 | | -1,000.00 | 57,338.71 |
| 08/23/17 | 100001 | Kabbage, Inc. | Per Order DE#70 (replacement check for #1006 which was never cashed) | 4210-000 | | 1,000.00 | 56,338.71 |
| 08/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 108.59 | 56,230.12 |
| 09/29/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 100.52 | 56,129.60 |
| 10/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 110.72 | 56,018.88 |
| 11/30/17 | Asset #10 | Specialized Loan Servicing | Pre-petition preference payments | 1241-000 | 2,357.07 | | 58,375.95 |
| 11/30/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 103.60 | 58,272.35 |
| 12/29/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 104.17 | 58,168.18 |
| 01/31/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 118.33 | 58,049.85 |
| 02/28/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 100.20 | 57,949.65 |
| 03/30/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 107.17 | 57,842.48 |
| 04/02/18 | Asset #11 | JPMorgan Chase & Co. | Per Order DE#135 | 1241-000 | 13,750.00 | | 71,592.48 |
| 04/02/18 | Asset #12 | Fay Servicing | Per Order DE#134 | 1241-000 | 15,000.00 | | 86,592.48 |
| 04/30/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 160.16 | 86,432.32 |
| 05/16/18 | Asset #13 | Annyury Lopez | Per Order DE#141 | 1241-000 | 5,000.00 | | 91,432.32 |
| 05/29/18 | Asset #14 | Helm Bank | Per Order DE#142 | 1241-000 | 6,500.00 | | 97,932.32 |
| 05/31/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 170.59 | 97,761.73 |
| 09/05/18 | 100002 | Broward County Records, Taxes & Treasury | Dividend of 100.000000000%, Claim No. 1 | 4110-000 | | 907.01 | 96,854.72 |
| 09/05/18 | 100003 | Chad S. Paiva | Dividend of 100.000000000% | 2100-000 | | 11,865.56 | 84,989.16 |
| 09/05/18 | 100004 | Chad S. Paiva | Dividend of 100.000000000% | 2200-000 | | 336.24 | 84,652.92 |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 5

| Case Number: | 16-18404 RBR | Trustee: | Chad S. Paiva |
|---|---|---|---|
| Case Name: | Asucar International Corp | Bank Name: | Signature Bank |
| | | Account: | ******1740 - Checking |
| Taxpayer ID#: | **-***7742 | Blanket Bond: | $56,290,000.00 (per case limit) |
| Period Ending: | 03/14/19 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/05/18 | 100005 | Greenspoon Marder, LLC | Dividend of 100.000000000% | 3110-000 | | 22,643.60 | 62,009.32 |
| 09/05/18 | 100006 | Greenspoon Marder, LLC | Dividend of 100.000000000% | 3120-000 | | 819.30 | 61,190.02 |
| 09/05/18 | 100007 | Yip Associates | Dividend of 100.000000000% | 3410-000 | | 17,500.00 | 43,690.02 |
| 09/05/18 | 100008 | Yip Associates | Dividend of 100.000000000% | 3420-000 | | 720.19 | 42,969.83 |
| 09/05/18 | 100009 | Autopart International, Inc. | Dividend of 5.307180764%, Claim No. 8 | 7100-000 | | 384.70 | 42,585.13 |
| 09/05/18 | 100010 | De Lage Lander Financial Services | Dividend of 5.307180764%, Claim No. 9 | 7100-000 | | 222.93 | 42,362.20 |
| 09/05/18 | 100011 | FedEx Corporate Services, Inc. | Dividend of 5.307180764%, Claim No. 10 | 7100-000 | | 1,809.33 | 40,552.87 |
| 09/05/18 | 100012 | Foreign Parts Distributors, inc. | Dividend of 5.307180764%, Claim No. 7 | 7100-000 | | 20,952.07 | 19,600.80 |
| 09/05/18 | 100013 | PREHC Gavi Westpoint Industrial II, LLC | Dividend of 5.307180764%, Claim No. 14 | 7100-000 | | 9,172.06 | 10,428.74 |
| 09/05/18 | 100014 | SHOU IE L.L.C | Dividend of 5.307180764%, Claim No. 4 | 7100-000 | | 234.94 | 10,193.80 |
| 09/05/18 | 100015 | SIPAC LLC | Dividend of 5.307180764%, Claim No. 13 | 7100-000 | | 132.68 | 10,061.12 |
| 09/05/18 | 100016 | Total Real Estate Consultants Inc | Dividend of 5.307180764%, Claim No. 6 | 7100-000 | | 172.37 | 9,888.75 |
| 09/05/18 | 100017 | U.S. SMALL BUSINESS ADMINISTRATION | Dividend of 5.307180764%, Claim No. 19 | 7100-000 | | 9,888.75 | 0.00 |

|  |  | | | |
|---|---|---|---|---|
| ACCOUNT TOTALS | | 152,635.53 | 152,635.53 | $0.00 |
| Less: Bank Transfers | | 20,201.55 | 0.00 | |
| **Subtotal** | | **132,433.98** | **152,635.53** | |
| Less: Payment to Debtors | | 0.00 | 0.00 | |
| **NET Receipts / Disbursements** | | **$132,433.98** | **$152,635.53** | |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 6

| Case Number: | 16-18404 RBR | Trustee: | Chad S. Paiva |
| Case Name: | Asucar International Corp | Bank Name: | Signature Bank |
| | | Account: | ******2038 - UNIT 108 RENT |
| Taxpayer ID#: | **-***7742 | Blanket Bond: | $56,290,000.00 (per case limit) |
| Period Ending: | 03/14/19 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/21/16 | Asset #6 | Unit 108 | July 2016 rent; Payment to A/R Account #1, Payment #1, due 10/01/2016 | 1122-000 | 2,958.10 | | 2,958.10 |
| 07/29/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 1.72 | 2,956.38 |
| 08/09/16 | | Unit 108 | August rent less $119.70 deducted for cert of occupancy fee | | 2,838.40 | | 5,794.78 |
| 08/09/16 | Asset #6 | | August rent less $119.70 deducted for cert of occupancy fee; Payment to A/R Account #1, Payment #1, due 10/01/2016      118.33 | 1122-000 | | | 5,794.78 |
| 08/09/16 | Asset #6 | | Payment to A/R Account #1, Payment #2, due 11/01/2016      2,720.07 | 1122-000 | | | 5,794.78 |
| 08/11/16 | 1001 | The Pointe at Sawgrass Owner's Assoc. | Condo Due $265.36 June; $612.42 July; $612.42 August | 2990-000 | | 1,490.20 | 4,304.58 |
| 08/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,294.58 |
| 09/01/16 | | Unit 108 | September 2016 rent | | 3,076.42 | | 7,371.00 |
| 09/01/16 | Asset #6 | | September 2016 rent; Payment to A/R Account #1, Payment #2, due 11/01/2016      356.36 | 1122-000 | | | 7,371.00 |
| 09/01/16 | Asset #6 | | Payment to A/R Account #1, Payment #3, due 12/01/2016      2,720.06 | 1122-000 | | | 7,371.00 |
| 09/20/16 | 1002 | The Pointe at Sawgrass Owner's Assoc. | Condo Dues September 2016 | 2990-000 | | 612.42 | 6,758.58 |
| 09/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 13.37 | 6,745.21 |
| 10/04/16 | | Unit 108 | October 2016 rent | | 3,076.42 | | 9,821.63 |
| 10/04/16 | Asset #6 | | October 2016 rent; Payment to A/R Account #1, Payment #3, due 12/01/2016      356.37 | 1122-000 | | | 9,821.63 |
| 10/04/16 | Asset #6 | | Payment to A/R Account #1, Payment #4, due 01/01/2017      2,720.05 | 1122-000 | | | 9,821.63 |

<p align="right">Exhibit 9</p>

**Form 2**
**Cash Receipts and Disbursements Record**

<p align="right">Page: 7</p>

| Case Number: | 16-18404 RBR | | Trustee: | Chad S. Paiva |
| Case Name: | Asucar International Corp | | Bank Name: | Signature Bank |
| | | | Account: | ******2038 - UNIT 108 RENT |
| Taxpayer ID#: | **-***7742 | | Blanket Bond: | $56,290,000.00 (per case limit) |
| Period Ending: | 03/14/19 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/12/16 | 1003 | The Pointe at Sawgrass Owner's Assoc. | Condo Dues October 2016 - Unit 108 Per Order DE#32 | 2990-000 | | 612.42 | 9,209.21 |
| 10/19/16 | 1004 | Florida Department of Revenue | 3RD Quarter 2016 Sales Tax | 2820-000 | | 515.71 | 8,693.50 |
| 10/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 17.48 | 8,676.02 |
| 11/01/16 | | Unit 108 | Rent November 2016 - Unit 108 | | 3,076.42 | | 11,752.44 |
| 11/01/16 | Asset #6 | | Rent November 2016 - Unit 108; Payment to A/R Account #1, Payment #4, due 01/01/2017   356.38 | 1122-000 | | | 11,752.44 |
| 11/01/16 | Asset #6 | | ; Payment to A/R Account #1, Payment #5, due 02/01/2017   2,720.04 | 1122-000 | | | 11,752.44 |
| 11/07/16 | 1005 | The Pointe at Sawgrass Owner's Assoc. | Condo Dues - November 2016 - Unit 108 Per Order DE#33 | 2990-000 | | 612.42 | 11,140.02 |
| 11/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 18.24 | 11,121.78 |
| 12/01/16 | | Unit 108 | Rent - Unit 108 - December 2016 | | 3,076.42 | | 14,198.20 |
| 12/01/16 | Asset #6 | | Rent - Unit 108 - December 2016; Payment to A/R Account #1, Payment #5, due 02/01/2017   356.39 | 1122-000 | | | 14,198.20 |
| 12/01/16 | Asset #6 | | Payment to A/R Account #1, Payment #6, due 03/01/2017   2,720.03 | 1122-000 | | | 14,198.20 |
| 12/01/16 | 1006 | The Pointe at Sawgrass Owner's Assoc. | CONDO DUES DECEMBER 2016 - UNIT 108 - Per Order DE#32 | 2990-000 | | 612.42 | 13,585.78 |
| 12/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 25.13 | 13,560.65 |
| 01/18/17 | 1007 | Florida Department of Revenue | 4th Quarter 2016 Sales Tax | 2820-000 | | 522.41 | 13,038.24 |
| 01/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 26.55 | 13,011.69 |
| 02/28/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 22.46 | 12,989.23 |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page:  8

| Case Number: | 16-18404 RBR | Trustee: | Chad S. Paiva |
|---|---|---|---|
| Case Name: | Asucar International Corp | Bank Name: | Signature Bank |
| | | Account: | ******2038 - UNIT 108 RENT |
| Taxpayer ID#: | **-***7742 | Blanket Bond: | $56,290,000.00 (per case limit) |
| Period Ending: | 03/14/19 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/20/17 | | To Account# 1502771740 | | 9999-000 | | 12,989.23 | 0.00 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 18,102.18 | 18,102.18 | $0.00 |
| Less: Bank Transfers | | 0.00 | 12,989.23 | |
| **Subtotal** | | 18,102.18 | 5,112.95 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $18,102.18 | $5,112.95 | |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 9

| Case Number: | 16-18404 RBR | | Trustee: | Chad S. Paiva |
|---|---|---|---|---|
| Case Name: | Asucar International Corp | | Bank Name: | Signature Bank |
| | | | Account: | ******2046 - UNIT 109 RENT |
| Taxpayer ID#: | **-***7742 | | Blanket Bond: | $56,290,000.00 (per case limit) |
| Period Ending: | 03/14/19 | | Separate Bond: | N/A |

| 1<br><br>Trans.<br>Date | 2<br><br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/21/16 | Asset #7 | Unit 109 | July 2016 rent; Payment to A/R Account #2, Payment #1, due 10/01/2016 | 1122-000 | 2,729.50 | | 2,729.50 |
| 07/29/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 1.72 | 2,727.78 |
| 08/09/16 | | Unit 109 | August rent less $119.70 deducted for cert of occupancy fee | | 2,609.80 | | 5,337.58 |
| 08/09/16 | Asset #7 | | August rent less $119.70 deducted for cert of occupancy fee; Payment to A/R Account #2, Payment #1, due 10/01/2016     228.60 | 1122-000 | | | 5,337.58 |
| 08/09/16 | Asset #7 | | Payment to A/R Account #2, Payment #2, due 11/01/2016     2,381.20 | 1122-000 | | | 5,337.58 |
| 08/11/16 | 1001 | The Pointe at Sawgrass Owner's Assoc. | Condo Due 265.36 June; 612.42 July; 612.42 August | 2990-000 | | 1,490.20 | 3,847.38 |
| 08/11/16 | 1002 | Executive Bank | Per Order DE#33 cash collateral payments for July and August 2016 | 4110-000 | | 1,988.50 | 1,858.88 |
| 08/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,848.88 |
| 09/15/16 | | Unit 109 | Rent September 2016 | | 2,729.50 | | 4,578.38 |
| 09/15/16 | Asset #7 | | Rent September 2016; Payment to A/R Account #2, Payment #2, due 11/01/2016     576.90 | 1122-000 | | | 4,578.38 |
| 09/15/16 | Asset #7 | | Payment to A/R Account #2, Payment #3, due 12/01/2016     2,152.60 | 1122-000 | | | 4,578.38 |
| 09/20/16 | 1003 | The Pointe at Sawgrass Owner's Assoc. | Condo Dues September 2016 | 2990-000 | | 612.42 | 3,965.96 |
| 09/20/16 | 1004 | Executive Bank | Per Order DE#33 | 4110-000 | | 994.25 | 2,971.71 |
| 09/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,961.71 |
| 10/10/16 | | Unit 109 | Rent October 2016 | | 2,729.50 | | 5,691.21 |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 10

| Case Number: | 16-18404 RBR | Trustee: | Chad S. Paiva |
| Case Name: | Asucar International Corp | Bank Name: | Signature Bank |
| | | Account: | ******2046 - UNIT 109 RENT |
| Taxpayer ID#: | **-***7742 | Blanket Bond: | $56,290,000.00 (per case limit) |
| Period Ending: | 03/14/19 | Separate Bond: | N/A |

| 1<br><br>Trans.<br>Date | 2<br><br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/10/16 | Asset #7 | | Rent October 2016; Payment to A/R Account #2, Payment #3, due 12/01/2016 — 805.50 | 1122-000 | | | 5,691.21 |
| 10/10/16 | Asset #7 | | Payment to A/R Account #2, Payment #4, due 01/01/2017 — 1,924.00 | 1122-000 | | | 5,691.21 |
| 10/12/16 | 1005 | Executive Bank | Per Order DE#33 - October cash collateral | 4110-000 | | 994.25 | 4,696.96 |
| 10/12/16 | 1006 | The Pointe at Sawgrass Owner's Assoc. | Condo Dues October 2016 - Unit 109 - | 2990-000 | | 612.42 | 4,084.54 |
| 10/19/16 | 1007 | Florida Department of Revenue | 3RD QUARTER 2016 Sales Tax | 2820-000 | | 463.50 | 3,621.04 |
| 10/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,611.04 |
| 11/01/16 | | Unit 109 | Rent November 2016 - Unit 109 | | 2,729.50 | | 6,340.54 |
| 11/01/16 | Asset #7 | | Rent November 2016 - Unit 109; Payment to A/R Account #2, Payment #4, due 01/01/2017 — 1,034.10 | 1122-000 | | | 6,340.54 |
| 11/01/16 | Asset #7 | | Payment to A/R Account #2, Payment #5, due 02/01/2017 — 1,695.40 | 1122-000 | | | 6,340.54 |
| 11/07/16 | 1008 | The Pointe at Sawgrass Owner's Assoc. | Condo Dues November 2016 - Unit 109 Per Order DE#33 | 2990-000 | | 612.42 | 5,728.12 |
| 11/07/16 | 1009 | Executive Bank | Per Order DE#33 - November cash collateral | 4110-000 | | 994.25 | 4,733.87 |
| 11/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 10.01 | 4,723.86 |
| 12/01/16 | | Unit 109 | Rent - Unit 109 - December 2016 | | 2,729.50 | | 7,453.36 |
| 12/01/16 | Asset #7 | | Rent - Unit 109 - December 2016; Payment to A/R Account #2, Payment #5, due 02/01/2017 — 1,262.70 | 1122-000 | | | 7,453.36 |
| 12/01/16 | Asset #7 | | Payment to A/R Account #2, Payment #6, due 03/01/2017 — 1,466.80 | 1122-000 | | | 7,453.36 |

**Form 2**

Exhibit 9

**Cash Receipts and Disbursements Record**

| Case Number: | 16-18404 RBR | Trustee: | Chad S. Paiva |
|---|---|---|---|
| Case Name: | Asucar International Corp | Bank Name: | Signature Bank |
| | | Account: | ******2046 - UNIT 109 RENT |
| Taxpayer ID#: | **-***7742 | Blanket Bond: | $56,290,000.00 (per case limit) |
| Period Ending: | 03/14/19 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/01/16 | 1010 | Executive Bank | Per Order DE#33 - December 2016 cash collateral | 4110-000 | | 994.25 | 6,459.11 |
| 12/01/16 | 1011 | The Pointe at Sawgrass Owner's Assoc. | Condo Dues December 2016 - Unit 109 | 2990-000 | | 612.42 | 5,846.69 |
| 12/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 11.55 | 5,835.14 |
| 01/05/17 | | Unit 109 | Rent - January 2017 - Unit 109 | | 2,729.50 | | 8,564.64 |
| 01/05/17 | Asset #7 | | Rent - January 2017 - Unit 109; Payment to A/R Account #2, Payment #6, due 03/01/2017 | 1,491.30 | 1122-000 | | 8,564.64 |
| 01/05/17 | Asset #7 | | Payment to A/R Account #2, Payment #7, due 04/01/2017 | 1,238.20 | 1122-000 | | 8,564.64 |
| 01/05/17 | 1012 | Executive Bank | January 2017 cash collateral; Per Order DE#91 | 4110-000 | | 994.25 | 7,570.39 |
| 01/05/17 | 1013 | The Pointe at Sawgrass Owner's Assoc. | Condo Dues January 2017 - Unit 109 - Per Order DE#91 | 2990-000 | | 612.42 | 6,957.97 |
| 01/18/17 | 1014 | Florida Department of Revenue | 4th Quarter 2016 Sales Tax | 2820-000 | | 463.50 | 6,494.47 |
| 01/30/17 | | Unit 109 | Rent - February 2017 - Unit 109 | | 2,729.50 | | 9,223.97 |
| 01/30/17 | Asset #7 | | Rent - February 2017 - Unit 109; Payment to A/R Account #2, Payment #7, due 04/01/2017 | 1,719.90 | 1122-000 | | 9,223.97 |
| 01/30/17 | Asset #7 | | Payment to A/R Account #2, Payment #8, due 05/01/2017 | 1,009.60 | 1122-000 | | 9,223.97 |
| 01/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 13.92 | 9,210.05 |
| 02/01/17 | 1015 | The Pointe at Sawgrass Owner's Assoc. | Condo Dues February 2017 - Unit 109 | 2990-000 | | 612.42 | 8,597.63 |
| 02/01/17 | 1016 | Executive Bank | February 2017 cash collateral; Per Order DE#91 | 4110-000 | | 994.25 | 7,603.38 |
| 02/28/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 13.98 | 7,589.40 |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 12

| Case Number: | 16-18404 RBR | Trustee: | Chad S. Paiva |
|---|---|---|---|
| Case Name: | Asucar International Corp | Bank Name: | Signature Bank |
| | | Account: | ******2046 - UNIT 109 RENT |
| Taxpayer ID#: | **-***7742 | Blanket Bond: | $56,290,000.00 (per case limit) |
| Period Ending: | 03/14/19 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/20/17 | 1017 | Florida Department of Revenue | 2nd Qtr 2017 - Rent Unit 109 | 2820-000 | | 309.00 | 7,280.40 |
| 03/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 14.48 | 7,265.92 |
| 04/28/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 12.54 | 7,253.38 |
| 05/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 14.75 | 7,238.63 |
| 06/30/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 13.39 | 7,225.24 |
| 07/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 12.92 | 7,212.32 |
| 08/16/17 | | To Account# 1502771740 | | 9999-000 | | 7,212.32 | 0.00 |

|  |  | ACCOUNT TOTALS | 21,716.30 | 21,716.30 | $0.00 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers | 0.00 | 7,212.32 | |
| | | **Subtotal** | **21,716.30** | **14,503.98** | |
| | | Less: Payment to Debtors | | 0.00 | |
| | | **NET Receipts / Disbursements** | **$21,716.30** | **$14,503.98** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******1740** | 132,433.98 | 152,635.53 | 0.00 |
| **Checking # ******2038** | 18,102.18 | 5,112.95 | 0.00 |
| **Checking # ******2046** | 21,716.30 | 14,503.98 | 0.00 |
| | $172,252.46 | $172,252.46 | $0.00 |